THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

    Plaintiff,

v.

SHOPIFY (USA) INC. CORPORATION
SERVICE COMPANY, *et al.*,

    Defendants.

: CIVIL ACTION NO. 4:25-CV-975
:
: (JUDGE MARIANI)
: (Magistrate Judge Schwab)

## ORDER

AND NOW, THIS 4th DAY OF SEPTEMBER 2025, upon review of Magistrate Judge Susan E. Schwab's Report and Recommendation ("R&R") (Doc. 5), for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 5) is **ADOPTED** for the reasons set forth therein;

2. This case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b);

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

FILED
SCRANTON

SEP 04 2025

PER ___JKC___
DEPUTY CLERK